**Mark W. Swimelar**
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON
STAFF ATTORNEY

April 16, 2010

Clerk - Bankruptcy Court
100 South Salina St. Suite 10
Syracuse, NY 13202

RE:   06-32573 Wentling

Dear Clerk:

*[handwritten: Check # is 792261 LM
oef 4/21/2010 Ru'd 4-26-10
in $282.16]*

Enclosed please find check #792291 in the amount of $282.16. Pursuant to the order of confirmation, we have been collecting funds from the debtor in this case and have attempted to return funds. The debtor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The debtor name and address as listed on the petition is as follows:

Claim No. 999

| Acct# | Name | Theresa Wentling |
|---|---|---|
|  | Address | 105 Wilshirl Dr. |
|  | Address | Syracuse, NY 13212-2144 |

Please deposit this check in the Unclaimed Funds Account for the above named debtor. If you have any questions, please advise.

Very truly yours,

*Kristie M Moore*

Kristie M. Moore
Account Clerk

Enc.

*[Stamp: FILED APR 26 2010 OFFICE OF THE BANKRUPTCY CLERK SYRACUSE, NY]*

```
        UNITED STATES
       BANKRUPTCY COURT
     NORTHERN DISTRICT OF NEW YORK
           SYRACUSE DIVISION

         # 51000262 - JF
         * * C O P Y * *
           April 26, 2010
              12:09:10


             TREA REG
             06-32573
Debtor.: THERESA A. WENTLING
Judge..: MARGARET CANGILOS-RUIZ
Trustee: Mark Swimelar
Amount.:              $282.16 CH
Check#.: 792261



       Total-> $282.16


FROM: MARK W. SWIMELAR
      250 SOUTH CLINTON ST., 2ND FLR
      SYRACUSE,NY  13202
```